UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:21-cv-642-SPC-MRM

DAVID POSCHMANN,

    Plaintiff,

v.

BONITA RESORT & CLUB
ASSOCIATION, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: October 28, 2021

    s/Drew M. Levitt
    DREW M. LEVITT
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    LEE D. SARKIN
    Florida Bar No. 962848
    Lsarkin@aol.com
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on October 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record identified on the attached Service List via CM/ECF.

               s/Drew M. Levitt
               DREW M. LEVITT

## SERVICE LIST

Barbara Ballard Woodcock, Esq.
Barbara.woodcock.@csklegal.com
Veroneque A.T. Blake
Veroneque.blake@csklegal.com
COLE, SCOTT & KISSANE, P.A.
27300 Riverview Center Boulevard, Suite 200
Bonita Springs, Florida 34134
Telephone (239) 690-7943
Attorneys for Defendant